

**MILBER MAKRIS PLOUSADIS & SEIDEN, LLP**

ATTORNEYS AT LAW
1000 WOODBURY ROAD   SUITE 402   WOODBURY, NY 11797
TELEPHONE: 516.712.4000   FAX: 516.712.4013
HTTP://WWW.MILBERMAKRIS.COM

August 20, 2013

VIA ECF
Honorable Magistrate Judge Tomlinson
United States Federal Court House
100 Federal Plaza
Central Islip, New York 11722

   Re: *Cesar Moreira, et al. v. Sherwood Nursery, Inc., et al.*
     Docket No. : 13 CV 2640
     Our File No. : 420-9668

Dear Magistrate Judge Tomlinson:

  This firm represents Defendants, Sherwood Landscaping Inc. d/b/a Main Street Nursery i/s/h/a Main Street Nursery, Florist and Landscaping and Robert McKean (hereinafter referred to as "Defendants"). We write this correspondence jointly with plaintiffs' counsel and in accordance with Your Honor's Initial Conference Order dated July 15, 2013.

  Pursuant to Your Honor's Initial Conference Order, the parties are to reach an agreement no later than August 20, 2013 on the method upon which electronically stored information ("ESI") shall be produced in this case. Accordingly, all parties have agreed to exchange any relevant ESI responsive to each other's demands by compact disc ("CD-ROM") or "flash" drive.

  We thank the Court and Your Honor in advance for its courtesies and consideration in this matter.

Respectfully submitted,          Respectfully submitted,

THE LAW OFFICE OF DELVIS      MILBER MAKRIS PLOUSADIS
MELENDEZ, P.C.            & SEIDEN, LLP

BY: _____     BY: _____
Delvis Melendez (DM7975)       Elizabeth Gorman (ERG6316)
Attorney for Plaintiffs         Attorneys for Defendants
*CESAR MOREIRA, MARTIN CISNEROS,*  *SHERWOOD LANDSCAPING INC.*
*FREDIS GOMEZ, LUIS M. RAMIREZ*   *d/b/a MAIN STREET NURSERY i/s/h/a*
and *ROBERTO CONTRERAS*      *MAIN STREET NURSERY, FLORIST*
90 Bradley Street          *AND LANDSCAPING* and *ROBERT*
Brentwood, New York 11717      *McKEAN, in his individual capacity*
(631) 434-1443           1000 Woodbury Road, Suite 402
               Woodbury, New York 11797
               (516) 712-4000

ERG/CCH

cc: *VIA E-MAIL*
    Delvis Melendez, Esq.
    Law Offices of Delvis Melendez, P.C.
    *Counsel for Plaintiffs*
    delvisprlaw@aol.com

MMP S
MILBER MAKRIS PLOUSADIS SEIDEN, LLP