| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **CIVIL CONFERENCE** |
| **EASTERN DISTRICT OF NEW YORK** | **MINUTE ORDER** |

| | | | | |
|---|---|---|---|---|
| BEFORE: | A. KATHLEEN TOMLINSON | | DATE: | 10-28-2015 |
| | U.S. MAGISTRATE JUDGE | | TIME: | 10:00 a.m. (34 minutes) |

*Moreira, et al. v. Sherwood Nursery Inc., et al.*
**CV 13-2640 (JS) (AKT)**

TYPE OF CONFERENCE:   **FAIRNESS HEARING**

APPEARANCES:   Plaintiff   Delvis Melendez

  Defendant   Jeffrey Meyer

FTR:   10:34-11:08

THE FOLLOWING RULINGS WERE MADE:

The Court held a Fairness Hearing in this hybrid FLSA/NYLL action this morning. No objectors appeared for the hearing. The Court placed its findings as to the fairness and reasonableness of the settlement and the attorney's fee application on the record. The Final Order confirming these findings and approving the Settlement will be entered separately.

SO ORDERED

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge